```
DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JAVIER DAVALOS-GARCIA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-08-0370 WBS |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED]ORDER |
| v. ) | |
| ) | |
| JAVIER DAVALOS-GARCIA, ) | Date:  September 22, 2008 |
| ) | Time:  8:30 a.m. |
| Defendant. ) | Judge: Hon. William B. Shubb |
| _____ ) | |

    It is hereby stipulated between the parties, Assistant United States Attorney Daniel McConkie, and Assistant Federal Defender Caro Marks, attorney for defendant Javier Davalos-Garcia, as follows:

    The status conference hearing date of September 8, 2008, should be continued September 22, 2008.

    Defense counsel is requesting this continuance to allow time for the defense to order and receive a criminal rap sheet on Mr. Davalos.

1     Therefore, IT IS STIPULATED between the parties that the time
2 period between the signing of this Order up to and including September
3 22, 2008, be excluded in computing the time within which trial must
4 commence under the Speedy Trial Act, pursuant to 18 U.S.C. §
5 3161(h)(8)(B)(iv) and Local Code T4, for ongoing preparation of
6 counsel.

8 Dated:   September 4, 2008
                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
10                                       Federal Defender


                                        /s/ Caro Marks
12                                      _____
                                        CARO MARKS
13                                       Attorney for Defendant
                                        JAVIER DAVALOS-GARCIA


15                                       /s/ Daniel McConkie
                                        _____
16                                       DANIEL MCCONKIE
                                        Assistant United States Attorney


21                              **ORDER**

22     UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
23 ordered that the September 8, 2008, status conference be continued to
24 September 22, 2008, at 8:30 a.m.  Based on the representation of
25 defense counsel and good cause appearing there from, the Court hereby
26 finds that the failure to grant a continuance in this case would deny
27 defense counsel reasonable time necessary for effective preparation,
28 taking into account the exercise of due diligence.  The Court finds

that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the status conference on September 22, 2008 shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated:   September 4, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE