1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  CARO MARKS, Bar #159267
   Senior Litigator
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6
   Attorney for Defendant
7  JAVIER DAVALOS-GARCIA

8

9
                  IN THE UNITED STATES DISTRICT COURT
10
                FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13
   UNITED STATES OF AMERICA,    )  No. CR-S-08-0370 WBS
14                              )
             Plaintiff,         )
15                              )  STIPULATION AND [PROPOSED] ORDER
        v.                      )
16                              )
   JAVIER DAVALOS-GARCIA,       )  Date:  November 3, 2008
17                              )  Time:  8:30 a.m.
             Defendant.         )  Judge: Hon. William B. Shubb
18                              )
   _____)
19

20
        It is hereby stipulated between the parties, Assistant United
21
   States Attorney Daniel McConkie, and Assistant Federal Defender Caro
22
   Marks, attorney for defendant Javier Davalos-Garcia, as follows:
23
        The status conference hearing date of October 6, 2008, should be
24
   continued November 3, 2008.
25
        The reason for the continuance is that Ms. Marks was in a car
26
   accident and is still in the hospital.  Ms. Marks will be out of the
27
   office for at least two weeks. Ms. Marks will need additional time to
28

1  meet with the client once she returns to the office.

2  Therefore, IT IS STIPULATED between the parties that the time
3  period between the signing of this Order up to and including November
4  3, 2008, be excluded in computing the time within which trial must
5  commence under the Speedy Trial Act, pursuant to 18 U.S.C. §
6  3161(h)(8)(B)(iv) and Local Code T4, for ongoing preparation of
7  counsel.

8

9  Dated:   October 1, 2008
                                          Respectfully submitted,
10
                                          DANIEL J. BRODERICK
11                                        Federal Defender

12
                                          /s/ Caro Marks
13                                        _____
                                          CARO MARKS
14                                        Attorney for Defendant
                                          JAVIER DAVALOS-GARCIA
15

16                                        /s/ Daniel McConkie

17                                        _____
                                          DANIEL MCCONKIE
                                          Assistant United States Attorney
18

19

20

21

22                                **ORDER**

23  UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
24  ordered that the October 6, 2008, status conference be continued to
25  November 3, 2008, at 8:30 a.m.  Based on the representation of defense
26  counsel and good cause appearing there from, the Court hereby finds
27  that the failure to grant a continuance in this case would deny defense
28  counsel reasonable time necessary for effective preparation, taking

into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the status conference on November 3, 2008 shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated:   October 3, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE