```
DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JAVIER DAVALOS-GARCIA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CR.S 08-370-WBS |
| Plaintiff, ) | |
| ) | **STIPULATION AND [PROPOSED]** |
| v. ) | **ORDER** |
| ) | |
| JAVIER DAVALOS-GARCIA, ) | DATE: November 3, 2008 |
| ) | TIME: 8:30 a.m. |
| Defendant. ) | JUDGE: Hon. William B. Shubb |
| ) | |
| _____ ) | |

   It is hereby stipulated and agreed to between the United States of America through DANIEL MCCONKIE, Assistant U.S. Attorney, and defendant, JAVIER DAVALOS-GARCIA by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Monday, November 3, 2008 be continued to Monday, December 1, 2008 at 8:30 a.m.

   The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

   Speedy trial time is to be excluded from the date of this order

1 through the date of the status conference set for December 1, 2008
2 pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to
3 prepare] (Local Code T4).

5 DATED: October 22, 2008         Respectfully submitted,
                                  DANIEL J. BRODERICK
6                                 Federal Defender

7                                 /s/Benjamin Galloway
                                  BENJAMIN GALLOWAY
8                                 Assistant Federal Defender
                                  Attorney for Defendant
9                                 JAVIER DAVALOS-GARCIA

11 DATED: October 22, 2008        McGREGOR W. SCOTT
                                  United States Attorney
12
13                                /s/ Ben Galloway for
                                  DANIEL MCCONKIE
14                                Assistant U.S. Attorney
                                  Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**  Time is excluded from today's date through and including December 1, 2008 in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED:   October 24, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE