DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JAVIER DAVALOS-GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                )<br>          Plaintiff,            )<br>                                )<br>     v.                         )<br>                                )<br> JAVIER DAVALOS-GARCIA,         )<br>                                )<br>          Defendant.            )<br> _____  ) | CR.S 08-370-WBS<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER**<br><br>DATE: December 1, 2008<br>TIME: 8:30 a.m.<br>JUDGE: Hon. William B. Shubb |

It is hereby stipulated and agreed to between the United States of America through DANIEL MCCONKIE, Assistant U.S. Attorney, and defendant, JAVIER DAVALOS-GARCIA by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Monday, December 1, 2008 be continued to Monday, December 22, 2008 at 8:30 a.m..

The reason for this continuance is that defense counsel requires additional time to obtain and review records relating to prior criminal convictions attributed to Mr. Davalos-Garcia in order to adequately advise him in this case.

1    Speedy trial time is to be excluded from the date of this order
2  through the date of the status conference set for December 22, 2008
3  pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to
4  prepare] (Local Code T4).

6  DATED: November 25, 2008      Respectfully submitted,
                                 DANIEL J. BRODERICK
7                                Federal Defender

8                                /s/ Benjamin Galloway
                                 BENJAMIN GALLOWAY
9                                Assistant Federal Defender
                                 Attorney for Defendant
10                               JAVIER DAVALOS-GARCIA

12 DATED: November 25, 2008      McGREGOR W. SCOTT
                                 United States Attorney
13
                                 /s/ Benjamin Galloway for
14                               DANIEL MCCONKIE
                                 Assistant U.S. Attorney
15                               Attorney for Plaintiff

19                              **O R D E R**

20   **IT IS SO ORDERED.**  Time is excluded from today's date through and
21 including December 22, 2008 in the interests of justice pursuant to 18
22 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code
23 T4.
24 DATED:  November 25, 2008

                                 _____
                                 WILLIAM B. SHUBB
                                 UNITED STATES DISTRICT JUDGE