DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JAVIER DAVALOS-GARCIA


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CR.S 08-370-WBS |
| Plaintiff, ) | |
| ) | **STIPULATION AND [PROPOSED]** |
| v. ) | **ORDER** |
| ) | |
| JAVIER DAVALOS-GARCIA, ) | DATE: December 22, 2008 |
| ) | TIME: 8:30 a.m. |
| Defendant. ) | JUDGE: Hon. William B. Shubb |
| ) | |
| _____ ) | |


It is hereby stipulated and agreed to between the United States of America through DANIEL MCCONKIE, Assistant U.S. Attorney, and defendant, JAVIER DAVALOS-GARCIA by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Monday, December 22, 2008 be continued to Tuesday, January 20, 2009 at 8:30 a.m..

The reason for this continuance is that defense counsel is continuing to obtain and review records relating to prior criminal convictions attributed to Mr. Davalos-Garcia in order to adequately advise him in this case.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for January 20, 2009 pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: December 18, 2008         Respectfully submitted,
                                 DANIEL J. BRODERICK
                                 Federal Defender

                                 /s/ Benjamin Galloway
                                 BENJAMIN GALLOWAY
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 JAVIER DAVALOS-GARCIA


DATED: December 18, 2008         McGREGOR W. SCOTT
                                 United States Attorney

                                 /s/ Benjamin Galloway for
                                 DANIEL MCCONKIE
                                 Assistant U.S. Attorney
                                 Attorney for Plaintiff


**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including January 20, 2009 in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED:  December 19, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2