DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JAVIER DAVALOS-GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CR.S 08-370-WBS |
| Plaintiff, ) | |
| ) | **STIPULATION AND [PROPOSED]** |
| v. ) | **ORDER** |
| ) | |
| JAVIER DAVALOS-GARCIA, ) | DATE: January 20, 2009 |
| ) | TIME: 8:30 a.m. |
| Defendant. ) | JUDGE: Hon. William B. Shubb |
| ) | |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of America through DANIEL MCCONKIE, Assistant U.S. Attorney, and defendant, JAVIER DAVALOS-GARCIA by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Tuesday, January 20, 2009 be continued to Tuesday, February 9, 2009 at 8:30 a.m..

The reason for this continuance is that the parties are awaiting completion of the pre-plea report by probation.  It is anticipated that this matter will resolve shortly after this report is received.

Speedy trial time is to be excluded from the date of this order

through the date of the status conference set for February 9, 2009 pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: January 13, 2009         Respectfully submitted,
                                DANIEL J. BRODERICK
                                Federal Defender

                                /s/ Benjamin Galloway
                                BENJAMIN GALLOWAY
                                Assistant Federal Defender
                                Attorney for Defendant
                                JAVIER DAVALOS-GARCIA


DATED: January 13, 2009         McGREGOR W. SCOTT
                                United States Attorney

                                /s/ Benjamin Galloway for
                                DANIEL MCCONKIE
                                Assistant U.S. Attorney
                                Attorney for Plaintiff


**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including February 9, 2009 in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED:  January 15, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2